# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN SIZER | 1:22-mj-00232 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH S. OTTE

I, Robert Mielnicki, an active member of the Bar of the United States District Court for the District of Columbia, move for the admission of Joseph S. Otte *pro hac vice* who will be counsel for the defendant, Brian Sizer.

I have confirmed that Joseph S. Otte is a member in good standing of the Supreme Court of Pennsylvania, where his practice is located. I am aware of LCvR 83.2, governing attorney admissions *pro hac vice*.

I respectfully move for the admission of Joseph S. Otte *pro hac vice*.

    Respectfully submitted,
    /s/Robert Mielnicki
    Robert E. Mielnicki
    PA ID No. 63489
    Suite 1002
    429 Fourth Avenue
    Pittsburgh, PA 15219
    (412) 288-0300